**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **TASHEKA AUTUWENYA BROWN** | **CIVIL ACTION NO. 6:19-cv-00342** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDE WHITEHURST** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision should be REVERSED and REMANDED to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). More particularly, the Commissioner is instructed to consider engaging the services of a psychologist or psychiatrist to evaluate the effect that the claimant's mental health conditions have on her functionality, to evaluate the claimant's residual functional capacity, and to evaluate whether the claimant has been disabled since either February 2, 2010 or January 18, 2014.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of May, 2020.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**